## First Department, July, 1934.

Mills Novelty Company v. Theodore A. Sunderman, Individually and as Acting Property Clerk of the Police Department of the City of New York, and John F. O'Ryan, as Commissioner of Police of Said Police Department.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ. [See ante, p. 617.]

Hermann F. M. Mutzenbecher and Others v. Sumner Ballard.— Motion for leave to appeal to the Court of Appeals granted. Present — Finch, P. J., Merrell, Glennon and Untermyer, JJ. [See ante, p. 615.]

New York Title and Mortgage Company, in Rehabilitation, by George S. Van Schaick, Superintendent of Insurance, v. Irving Trust Company.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ. [See 241 App. Div. 246.]

David Kaufman v. Investors Syndicate.— Motion for leave to appeal to the Court of Appeals and for a stay granted. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ. [See ante, p. 609.]

Janet Fosdick v. Investors Syndicate, a Corporation Incorporated under the Laws of the State of Minnesota.— Motion for leave to appeal to the Court of Appeals and for a stay granted. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ. [See ante, p. 609.]

Joseph Zimmerman v. Sheffield Farms Company, Inc., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

President and Directors of the Manhattan Company, as Trustee, etc., v. The Prudence Company, Inc., and Prudence Bonds Corporation.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Harriet J. Raldiris v. E. H. H. Simmons, as President of the New York Stock Exchange.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin and O'Malley, JJ.

Harry Kramer and Irving Bernstein v. R. E. Wathen & Company.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Flora Margolis v. Irving Trust Company.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Anita Schultz v. State Mutual Life Assurance Company of Worcester, Mass.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley and Glennon, JJ.